**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-11995-LMI**

☐ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose A.Perez                    CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-9284      Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.  $ __122.22__ for months __1__ to __36__ ;
B.  $_____ for months _____ to _____ ;
C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                   TOTAL PAID        $2,000.00
                   Balance Due       $ 2,250.00   payable $ 93.76 month (Months __1__ to __24__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                              Arrearage on Petition Date $ _____
Address _____                    Arrears Payment  $_____/month (Months____ to ___)
        _____                    Arrears Payment  $_____/month (Months____ to ___)
        _____                    Regular Payment  $_____/month (Months____ to ___)

2. _____                         Arrears Payment  $_____
   _____                         Arrears Payment  $_____/month (Months____ to ___)
   _____                         Regular Payment  $_____/month (Months____ to ___)
                                        Arrears Payment  $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxxxxx9299<br>Prop Add: 2661 SW 77th Ct<br>Miami, FL 33155 | $109,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                    Total Due $_____
                              Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 16.24 month (Months __1__ to __24__ ). Pay $110.00/mo (Mos 25 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying PNC Bank Mortgage Service (Loan No. xxxxxxx0088) directly outside the plan. The debtor will provide copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 04/30/12